UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY NHEP,<br><br>   Petitioner,<br><br> v.<br><br>FRED FOULK, Acting Warden,<br><br>   Respondent. | Case No.  12-cv-6226-VC<br><br>**JUDGMENT** |

  The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent.  Petitioner shall obtain no relief by way of his petition.

  **IT IS SO ORDERED.**

Dated: July 10, 2014

_____
VINCE CHHABRIA
United States District Judge